People v Rodriguez (2023 NY Slip Op 02188)

People v Rodriguez

2023 NY Slip Op 02188

Decided on April 27, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: April 27, 2023

Before: Webber, J.P., Moulton, Scarpulla, Mendez, Rodriguez, JJ. 

Ind No. 2390/18 2526/18 Appeal No. 136 Case No. 2019-2552 

[*1]The People of The State of New York, Respondent, 
v
Liz Perez Rodriguez, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Heidi Bota of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (T. Charles Won of counsel), for respondent.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (George R. Villegas, J., at plea, and Denis J. Boyle, J., at sentencing), rendered January 23, 2019,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: April 27, 2023
Counsel for appellant is referred to
§ 606.5, Rules of the Appellate Division,
First Department.